UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ERIC MEYER,

    Plaintiff,

v.

ALL CHICAGO MAYOR CANDIDATES EXCEPT TONI PRECKWINKLE,

    Defendant.

Case No. 19-cv-00778-JD

**ORDER OF DISMISSAL**

Plaintiff, a patient at a mental health facility in Illinois, has filed a pro se civil rights complaint under 42 U.S.C. § 1983. Plaintiff's complaint is incomprehensible, and he presents no distinct claims. The Court notes that plaintiff has filed a dozen similar cases in the last month. Plaintiff's allegations are frivolous and fail to state a claim under 42 U.S.C. § 1983. Because no amount of amendment would cure the deficiencies of the complaint, this action is dismissed without leave to amend.

For the foregoing reasons, the complaint is **DISMISSED** with prejudice as frivolous and for failure to state a claim. The Clerk shall close this case.

**IT IS SO ORDERED.**

Dated: March 15, 2019

JAMES DONATO
United States District Judge

United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC MEYER,<br><br>    Plaintiff,<br><br>v.<br><br>ALL CHICAGO MAYOR CANDIDATES EXCEPT TONI PRECKWINKLE,<br><br>    Defendant. | Case No. 19-cv-00778-JD<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on March 15, 2019, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Eric Meyer ID: A-North
Chicago Read Mental Health Center
4200 N. Oak Park
Chicago, IL 60634

Dated: March 15, 2019

                                            Susan Y. Soong
                                            Clerk, United States District Court

                                            By: _____
                                            LISA R. CLARK, Deputy Clerk to the
                                            Honorable JAMES DONATO